UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TABITHA CRAWFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:12CV89 RWS |
| | ) |
| CAROLYN COLVIN, Acting | ) |
| Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration.  The Court referred this matter to United States Magistrate Judge Thomas C. Mummert, III for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b).  On June 28, 2013, Judge Mummert filed his recommendation that the decision of the Commissioner be affirmed and that the case be dismissed.  No objections to the report and recommendation were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Mummert set forth in support of his recommended

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  As such, she should be substituted for Michael J. Astrue as the defendant in this suit.  Fed. R. Civ. P. 25(d).

ruling noted in the Report and Recommendation of June 28, 2013 and will affirm the decision of the Commissioner and dismiss the case.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated June 28, 2013 [#18] is adopted in its entirety.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and the case is dismissed.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

                              RODNEY W. SIPPEL
                              UNITED STATES DISTRICT JUDGE

Dated this 16th day of July, 2013.